```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 30463
   CAROL ANN REED
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-7269


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/03/2005 and was confirmed 11/16/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED       11315.70          .00           .00
HSBC AUTO FINANCE          UNSECURED            .00          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00          .00           .00
JEFFRO FURNITURE           SECURED          400.00           .00           .00
JEFFRO FURNITURE           UNSECURED        667.00           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED          .00           .00
500 FAST CASH              UNSECURED      NOT FILED          .00           .00
AMERILOAN                  UNSECURED      NOT FILED          .00           .00
CAPITAL ONE                UNSECURED        803.78           .00           .00
ARROW FINANCIAL SERVICES   NOTICE ONLY    NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED       1600.00           .00           .00
COLUMBUS BANK & TRUST      UNSECURED      NOT FILED          .00           .00
COMCAST CABLE COMMUNICAT   UNSECURED       2554.56           .00           .00
FRIEDMAN & WEXLER          NOTICE ONLY    NOT FILED          .00           .00
DEBT RECOVERY SOLUTION     UNSECURED      NOT FILED          .00           .00
ENCORE RECEIVABLES         UNSECURED      NOT FILED          .00           .00
FIRST CONSUMERS CARD SER   UNSECURED       1552.00           .00           .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED          .00           .00
ILLINOIS DEPT OF EMPL0YM   UNSECURED       1081.00           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        873.94           .00           .00
MERCY PHYSICIAN BILLING    UNSECURED      NOT FILED          .00           .00
MILLENIUM CREDIT CONSULT   UNSECURED      NOT FILED          .00           .00
NATIONAL OPPORTUNITIES U   UNSECURED      NOT FILED          .00           .00
NATIONAL TITLE LOAN        UNSECURED      NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED          .00           .00
QUICK ADVANCES COM         UNSECURED      NOT FILED          .00           .00
PARK DANSEN                UNSECURED      NOT FILED          .00           .00
PLATINUM B SERVICES        UNSECURED      NOT FILED          .00           .00
ROWE FINANCIAL SERVICES    UNSECURED      NOT FILED          .00           .00
GREATER CHICAGO FINANCE    SECURED         6785.64         712.71         36.33
AT & T WIRELESS            UNSECURED      NOT FILED          .00           .00
SPRINT                     UNSECURED      NOT FILED          .00           .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 30463 CAROL ANN REED
```

```
PETER FRANCIS GERACI    DEBTOR ATTY    2,700.00              2,700.00
TOM VAUGHN              TRUSTEE                                209.87
DEBTOR REFUND           REFUND                                   9.13
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 3,668.04

PRIORITY                                          .00
SECURED                                         36.33
    INTEREST                                   712.71
UNSECURED                                         .00
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                           209.87
DEBTOR REFUND                                    9.13
                        ---------------  ---------------
TOTALS                  3,668.04              3,668.04
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 09/11/08              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```